UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELA BYUN,

                              Plaintiff,

                   -against-

AUTHENTIC BRANDS GROUP LLC,

                             Defendant.
------------------------------------------------------------X

20 Civ. 5320 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for September 17, 2020, at 11:00 a.m.

    WHEREAS, Defendant Authentic Brands Group LLC has not appeared, and Plaintiff has not filed proof of service on the docket, but the parties have filed a joint letter and proposed case management plan per the August 3, 2020, Order (Dkt. No. 5).

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

    **ORDERED** that Plaintiff shall file proof of service and Defendant note its appearance on the docket.  It is further

    **ORDERED** that the September 17, 2020, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  It is further

    **ORDERED** that the case management plan will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  The parties shall comply with the Initial Discovery Protocols for Employment Cases Alleging

Adverse Action.  The parties may otherwise prioritize mediation discovery as long as they complete fact discovery by the designated date.  The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances, which do not include settlement discussions.  It is further

**ORDERED** that if Defendant seeks to file a motion to dismiss, it shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, the parties' request for a referral to mediation is granted and supersedes any automatic referral that would follow Defendant's filing of an Answer.  It is further

**ORDERED** that by **September 14, 2020**, Plaintiff shall serve a copy of this Order and the case management plan on Defendant and file an affidavit of service.

Dated: September 11, 2020
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2