UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANGELA BYUN,

                                       Plaintiff

                 -against-

AUTHENTIC BRANDS GROUP LLC,

                                    Defendant.
------------------------------------------------------------X

20 Civ. 5320 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated September 11, 2020, directed Plaintiff to serve a copy of that Order and the case management plan on Defendant and file an affidavit of service by September 14, 2020 (Dkt. No. 8).

WHEREAS, Plaintiff has not filed an affidavit of service.  It is hereby

**ORDERED** that by **September 17, 2020**, Plaintiff shall serve a copy of the Order, dated September 11, 2020, (Dkt. No. 8) and the case management plan (Dkt. No. 9) on Defendant and file an affidavit of service.  Failure to comply with Court-ordered deadlines may result in sanctions or prejudice.

Dated: September 15, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE